# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARCUS SIMMONS**
**ADC# 140732** **PLAINTIFF**

v.   CASE NO. 4:12CV00115 BSM-JJV

**MCKENZIE, Deputy,**
**Pulaski County Regional Detention Facility et al.** **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 8] have been reviewed. There were no objections filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Defendants Randy Morgan and Doc Holladay are dismissed from plaintiff Marcus Simmons's complaint for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED this 4th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE