IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARCUS SIMMONS**
**ADC# 140732**                                                                                              **PLAINTIFF**

**v.**                         **CASE NO. 4:12CV00115 BSM/JJV**

**MCKENZIE, Deputy,**
**Pulaski County Regional Detention Facility et al.**                          **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 11th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE